AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MORGAN GREENBURGER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-3295 (PGG)(HBP) |
| Corrections Officer PHILIP R. ROUNDTREE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                                         .

Date:    05/04/2017

/s/ Jonathan C. Moore
*Attorney's signature*

Jonathan C. Moore (JM-6902)
*Printed name and bar number*

Beldock Levine & Hoffman LLP
99 Park Avenue, Suite PH/26th Floor
New York, NY 10016
*Address*

jmoore@blhny.com
*E-mail address*

(212) 490-0400
*Telephone number*

(212) 277-5880
*FAX number*