USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 5/9/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN GREENBURGER,

Plaintiff,

- against -

CORRECTIONS OFFICER PHILIP R. ROUNDTREE, in his individual capacity,

Defendant.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

17 Civ. 3295 (PGG) (HBP)

PAUL G. GARDEPHE, U.S.D.J.:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

Specific Non-Dispositive Motion/Dispute:*

____________________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

____________________

Settlement*

Inquest After Default/ Damages Hearing

Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: ________________

Habeas Corpus

Social Security

Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: __________

All such motions: __________

*Do not check if already referred for general pretrial.

Dated: New York, New York
May 9, 2017

SO ORDERED.

Paul G. Gardephe
United States District Judge