UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN GREENBURGER,

                          Plaintiff,

-against-

New York State Corrections Officer PHILIP R. ROUNDTREE, in his individual capacity,

                          Defendant.

**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

**17-CV-3295 (PGG) (HBP)**

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Luna Droubi requests a Clerk's certificate of entry of default. Within an accompanying affidavit, I affirm that the party against whom judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

BELDOCK LEVINE & HOFFMAN LLP

By: _____
Luna Droubi
*Attorneys for the Plaintiff*
99 Park Avenue, PH/26th Fl
New York, New York 10016
t: 212-490-0400
e: LDroubi@blhny.com