```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MORGAN GREENBURGER,
                       Plaintiff,

        -against-

PHILIP R. ROUNDTREE, New York State
Corrections Officer, in his individual capacity,
                       Defendant.
-------------------------------------------------------------X

17 CIVIL 3295 (PGG)(SLC)

**JUDGMENT**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 16, 2020, Judge Cave's R&R is adopted in its entirety. Plaintiff is awarded $118,000 in compensatory damages, $85,000 in punitive damages, $67,420 in attorneys' fees, and $2,826.88 in costs; accordingly, the case is closed.

**Dated:**  New York, New York
           August 17, 2020

                                                 **RUBY J. KRAJICK**
                                                   Clerk of Court
                            **BY:**
                                                     **Deputy Clerk**